UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL, INCORPORATED AND CARGILL INTERNATIONAL SA<br><br>    Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No._____<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF RELATED PROCEEDINGS
## PURSUANT TO LOCAL RULE 3.1

Pursuant to Local Rule 3.1 of the Local Rules for the Eastern District of Louisiana (hereinafter "L.R."), Defendant Syngenta Seeds, Inc. respectfully provides notice that this action concerns the same subject matter as at least ten other federal cases that are the subject of a pending motion for centralization before the federal Judicial Panel on Multidistrict Litigation ("MDL"), in which other plaintiffs have requested the establishment of an MDL for coordinated or consolidated pre-trial proceedings in accordance with 28 U.S.C. § 1407:

1. *Trans Coastal Supply Company, Inc. v. Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.*, No. 14-2221 (C.D. Ill. filed Sept. 12, 2014).

2. *Stracener Farming Company, David Stracener, and Larry Petit v. Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.*, No. 14-558 (E.D. Ark. filed Sept. 18, 2014).

1

3. *Jesse Briggs, Briggs Brothers, Old River Farms, Big Mo Farms Partnership, Big Bayou Meto Farms, Cole Briggs Farms v. Syngenta Seeds, Inc.*, No. 14-1072 (S.D. Ill. filed Oct. 3, 2014).

4. *Luke Claas and Meinke Farms, A Missouri General Partnership, Terry Meinke, Pete Meinke, Kenny Meinke, Troy Meinke, Partners, v. Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.*, No. 14-4267 (W.D. Mo. filed Oct. 3, 2014).

5. *Cronin, Inc., And Jim Ruba, Jr., v. Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.*, No. 14-4084 (N.D. Iowa filed Oct. 3, 2014).

6. *Hadden Farms, Inc. v. Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.*, No. 14-3302 (C.D. Ill. filed Oct. 3, 2014).

7. *Dan Moll v. Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.*, No. 14-2497 (D. Kan. filed Oct. 3, 2014).

8. *Volnek Farms v. Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.*, No. 14-305 (D. Neb. filed Oct. 3, 2014).

9. *Munson Brothers Farm; Daryl Sondgeroth; Matthew Sondgeroth; And Union Line Farms, Inc. v. Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.*, No. 14-7806 (N.D. Ill. filed Oct. 6, 2014).

10. *Marlen Greer, individually, and on behalf of all others similarly situated, v. Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.*, No. 14-4197 (D. Minn. filed Oct. 9, 2014).

Additionally, there are two pending matters in the Circuit Court of Arkansas County, Arkansas that concern the same subject matter as in this action:

11. *Miller II, et al., v. Syngenta Seeds, Inc.*, No. CV201450SD (Cir. Ct. Ark. Cnty. filed Sept. 15, 2014).

12. *Hargrove, et al., v. Syngenta Seeds, Inc.*, No. CV201451SD (Cir. Ct. Ark. Cnty. filed Sept. 15, 2014).

                      Respectfully submitted,

                      */s/ Mark C. Surprenant*

Mark C. Surprenant (La. Bar #12582)
ADAMS AND REESE LLP
4500 One Shell Square
New Orleans, LA 70139
mark.surprenant@arlaw.com
(504) 585-0213
(504) 566-0210 FAX

Michael D. Jones [*pro hac vice to be submitted*]
Edwin John U [*pro hac vice to be submitted*]
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
Email: michael.jones@kirkland.com
       edwin.u@kirkland.com

**Counsel for Defendant,**
**Syngenta Seeds, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon the following by transmitting a copy of same via facsimile and/or by transmitting a copy of same via electronic mail and/or by hand delivering a copy of same and/or by depositing a copy of same in the U.S. mail, postage prepaid and properly addressed, this 17th day of October, 2014, of record by:

                                                    MARK C. SURPRENANT

George J. Nalley Jr.
Dona J. Dew
NALLEY & DEW
Suite 200
2121 Ridgelake Drive
Metairie, LA 70001
(504) 838-8188
Email: George@gnalley.com
Email: dona@gnalley.com

Clifford M. Greene
John W. Ursu
X. Kevin Zhao
Janine W. Kimble
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
Email: cgreene@greeneespel.com
Email: jursu@greeneespel.com
Email: kzhao@greeneespel.com
Email: jkimble@greeneespel.com